# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JAMES LAUGHTON,**

**Defendant.**  No. 11-30034-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant's motion to continue trial (Doc. 23). Defendant states that he needs additional time to complete discovery. The government does not object. The Court being fully advised in the premises finds that defendant needs additional to complete discovery. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue trial (Doc .23). The Court **CONTINUES** the jury trial scheduled for August 15, 2011 to **Monday, September 26, 2011 at 9:00 a.m.** The time from the date the original motion was filed, July 25, 2011, until the date to which the trial is rescheduled, September 26,

2011, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.25 13:44:19 -05'00'

**Chief Judge
United States District Court**